UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOHN GREENLY,

      Plaintiff,

  v.                          NO. CIV. S-06-01775 WBS EFB

SARA LEE; GORDON MAYBERRY;
DOES 1 through 10,

      Defendants.

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report and the court's Memorandum and Order re Motion to Dismiss, the court hereby vacates the Status (Pretrial Scheduling) Conference currently scheduled for February 12, 2007, and makes the following findings and orders without needing to consult with the parties any further:

      I.    SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).

## II. JOINDER OF PARTIES/AMENDMENTS

The court's order regarding the motion to dismiss was signed on December 13, 2006 and filed on December 15, 2006. Except as provided therein, no further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown under Fed. R. Civ. P. 16(b). See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

## III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1331 (federal question) and 29 U.S.C. § 185 (Labor Management Relations Act). Venue is undisputed and hereby found to be proper.

## IV. DISCOVERY

In light of the court's ruling on defendants' motion to dismiss, pursuant to the parties' Joint Case Status Report, the initial disclosures required by Fed. R. Civ. P. 26 (a)(1) shall be made by no later than December 27, 2006.

Plaintiff shall disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by no later than March 16, 2007.

Defendant shall disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by no later than March 23, 2007.

With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Fed. R. Civ. P. 26(a)(2) on or before April 6, 2007.

1    All discovery, including depositions for preservation
2 of testimony, is left open, save and except that it shall be so
3 conducted as to be <u>completed</u> by September 28, 2007.  The word
4 "completed" means that all discovery shall have been conducted so
5 that all depositions have been taken and any disputes relevant to
6 discovery shall have been resolved by appropriate order if
7 necessary and, where discovery has been ordered, the order has
8 been obeyed.  All motions to compel discovery must be noticed on
9 the magistrate judge's calendar in accordance with the local
10 rules of this court and so that such motions may be heard (and
11 any resulting orders obeyed) not later than September 28, 2007.
12    V.   MOTION HEARING SCHEDULE
13    All motions, except motions for continuances,
14 temporary restraining orders or other emergency applications,
15 shall be filed on or before November 30, 2007.  All motions shall
16 be noticed for the next available hearing date.  Counsel are
17 cautioned to refer to the local rules regarding the requirements
18 for noticing and opposing such motions on the court's regularly
19 scheduled law and motion calendar.
20    VI.  FINAL PRETRIAL CONFERENCE
21    The Final Pretrial Conference is set for February 25,
22 2008 at 1:30 p.m. in Courtroom No. 5.  The conference shall be
23 attended by at least one of the attorneys who will conduct the
24 trial for each of the parties and by any unrepresented parties.
25    Counsel for all parties are to be fully prepared for
26 trial at the time of the Pretrial Conference, with no matters
27 remaining to be accomplished except production of witnesses for
28 oral testimony.  Counsel shall file separate pretrial statements,

1  and are referred to Local Rules 16-281 and 16-282 relating to the
2  contents of and time for filing those statements.  In addition to
3  those subjects listed in Local Rule 16-281(b), the parties are to
4  provide the court with: (1) a plain, concise statement which
5  identifies every non-discovery motion which has been made to the
6  court, and its resolution; (2) a list of the remaining claims as
7  against each defendant; and (3) the estimated number of trial
8  days.
9           In providing the plain, concise statements of
10 undisputed facts and disputed factual issues contemplated by
11 Local Rule 16-281(b)(3)-(4), the parties shall emphasize the
12 claims that remain at issue, and any remaining affirmatively pled
13 defenses thereto.  If the case is to be tried to a jury, the
14 parties shall also prepare a succinct statement of the case,
15 which is appropriate for the court to read to the jury.
16           VII.   TRIAL SETTING
17           The plaintiff has requested a jury trial.  The jury
18 trial is set for April 8, 2008, at 9:00 a.m. in Courtroom No. 5.
19           VIII.  SETTLEMENT CONFERENCE
20           A Settlement Conference will be set at the time of the
21 Pretrial Conference.
22           All parties should be prepared to advise the court
23 whether they will stipulate to the trial judge acting as
24 settlement judge and waive disqualification by virtue thereof.
25           Counsel are instructed to have a principal with full
26 settlement authority present at the Settlement Conference or to
27 be fully authorized to settle the matter on any terms.  At least
28 seven calendar days before the Settlement Conference counsel for

each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  If the settlement judge is not the trial judge, the Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

        IX.   MODIFICATIONS TO SCHEDULING ORDER

        Any requests to modify the dates or terms of this Scheduling Order, except requests to change the dates of the final Pretrial Conference or trial, may be heard and decided by the assigned Magistrate Judge.  All requests to change the dates of the Pretrial Conference and/or trial shall be heard and decided only by the undersigned judge.

DATED:  December 19, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE