NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:   (916) 962-2780
Facsimile:    (916) 962-2705

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| John Greenly, | Case No.: 2:06-CV-01775-WBS-PAN (JFM) |
| Plaintiff, vs | **ORDER** |
| Sara Lee; Gordon Mayberry, in his individual, official and/or agency capacity; Does 1 through 10, inclusive, | Current Hearing Date: 3/3/08<br>Current Hearing Time: 2:00PM<br>Honorable:           Judge Shubb |
| Defendants. | |

Good cause appearing therefor as set forth in Plaintiff's counsel's statement filed 2/12/2008, and Defendants' response filed 2/13/2008, IT IS HEREBY ORDERED THAT the hearing date on Defendants' Motion for Summary Judgment is continued to March 31, 2008 at 2:00 p.m.

Date: February 14, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

**[PROPOSED] ORDER**