UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOHN GREENLY,

        Plaintiff,

   v.

SARA LEE CORPORATION; GORDON MAYBERRY; and DOES 1 through 10, inclusive,

        Defendants.

NO. CIV. S-06-1775 WBS EFB

ORDER RE: EVIDENTIARY OBJECTIONS

----oo0oo----

        Before the court are defendants Sara Lee Corporation and Gordon Mayberry's motions for summary judgment. On February 25, 2008, defendants[1] filed eighty-eight separate objections to statements in declarations that plaintiff John Greenly submitted in opposition to defendants' motions.

        The court cannot rule on defendants' motions for summary judgment until these objections have been resolved. See

---

[1] Although defendants filed separate motions for summary judgment, their shared counsel has filed these evidentiary objections on the behalf of both of them.

1

Burch v. Regents of the University of California, 433 F. Supp. 2d 1110, 1118-1124 (E. D. Cal. 2006).  Accordingly, at the hearing currently set for March 31, 2008, at 2:00 p.m., the court will hear only the evidentiary objections.  Plaintiff shall file his responses to defendants' evidentiary objections no later than March 17, 2008.  Defendants may then file a reply to plaintiff's responses, due no later than March 24, 2008.  The hearing on the motion for summary judgment will be rescheduled for a later date after the evidentiary objections have been resolved.

IT IS SO ORDERED.

DATED:  February 28, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE