MICHAEL W. FOSTER (State Bar No. 127691)
DANIELLE OCHS TILLOTSON (State Bar No. 178677)
FOSTER & ASSOCIATES
610- 16th Street, Suite 310
Oakland, California 94612
Tel: (510) 763-1900
Fax: (510) 763-5952

Attorneys for Defendants
SARA LEE BAKERY GROUP, INC.
and GORDON MAYBERRY

NATHANIEL POTRATZ (State Bar No. 215734)
LAW OFFICES OF NATHANIEL POTRATZ
470 Dewey Drive, Suite A
Fair Oaks, California 95628
Tel: (916) 962-2780
Fax: (916) 962-2705

Attorneys for Plaintiff
JOHN GREENLY

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GREENLY, | Case No. 2:06-CV- 01775-WBS-EFB |
| Plaintiff, | **STIPULATION AND [PROPOSED ORDER] TO STAY PROCEEDINGS AND VACATE PRETRIAL CONFERENCE** |
| v. | |
| SARA LEE; GORDON MAYBERRY; DOES 1 thru 10, | |
| Defendant. | |

**STIPULATION**

1. Plaintiff John Greenly, on the one hand, and defendants Sara Lee Bakery Group, Inc. and Gordon Mayberry ("defendants") on the other hand (referred to collectively as the "Parties"), are presently in the midst of settlement discussions in this matter.

2. The Parties have a good faith belief that they will resolve this case this week and would like to assure that the status quo is maintained during this week of negotiation.

3. Presently, the Court has under submission defendants' motions for summary judgment, or in the alternative, partial summary judgment. The Court has not yet issued orders on those motions.

4. This matter is set for a jury trial on July 1, 2008.

5. The Parties are scheduled to appear at a pretrial conference on May 5, 2008 and expected to have filed pretrial statements before that date.

6. Given these facts, the Parties, by and through their respective counsel, hereby stipulate and agree to request that the Court issue a stay on all activities in this case (including the issuance of any order on defendants' summary judgment motions) through and including May 2, 2008.

7. Further, the Parties request that the Court vacate the May 5, 2008 pretrial conference and, should the Parties not settle by May 2, 2008, reschedule the pretrial conference to a date not sooner than 15 days after it issues rulings on the pending summary judgment motions.

Dated: April 29, 2008

Respectfully Submitted,
FOSTER & ASSOCIATES
By:   /S/ Danielle Ochs-Tillotson
DANIELLE OCHS-TILLOTSON
Attorneys for Defendants
SARA LEE BAKERY GROUP, INC. and
GORDON MAYBERRY

LAW OFFICES OF NATHANIEL POTRATZ

By: /s/ Nathaniel Potratz
NATHANIEL POTRATZ
Attorneys for Plaintiff JOHN GREENLY

## ORDER

For good cause showing, IT IS THEREFORE ORDERED THAT:

1. All activities in this matter shall be stayed though and including May 2, 2008.

2. The May 5, 2008 pretrial conference is CONTINUED to **July 14, 2008, at 2:00 p.m.** and trial is CONTINUED to **September 16, 2008 at 9:00 a.m.**

3. If this action is settled before the date of the rescheduled pretrial conference, counsel shall immediately inform the court.

SO ORDERED.

DATED: April 29, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE