1  MICHAEL W. FOSTER (State Bar No. 127691)
   DANIELLE OCHS TILLOTSON (State Bar No. 178677)
2  FOSTER & ASSOCIATES
   610- 16th Street, Suite 310
3  Oakland, California 94612
   Tel:  (510) 763-1900
4  Fax:  (510) 763-5952

5  Attorneys for Defendants
   SARA LEE BAKERY GROUP, INC.
6  and GORDON MAYBERRY

7  NATHANIEL POTRATZ (State Bar No. 215734)
   LAW OFFICES OF NATHANIEL POTRATZ
8  470 Dewey Drive, Suite A
   Fair Oaks, California 95628
9  Tel:  (916) 962-2780
   Fax:  (916) 962-2705
10
   Attorneys for Plaintiff
11 JOHN GREENLY

12                 UNITED STATES DISTRICT COURT

13          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 JOHN GREENLY,                    )  Case No. 2:06-CV- 01775-WBS-EFB
                                    )
16            Plaintiff,            )  **STIPULATION AND [PROPOSED] ORDER**
                                    )  **OF DISMISSAL  [FRCP 41(A)(1)]**
17    v.                            )
                                    )
18 SARA LEE; GORDON MAYBERRY;       )
   DOES 1 thru 10,                  )
19                                  )
              Defendant.            )
20                                  )
                                    )
21                                  )
                                    )
22 _____ )

23

24

25

26

---

**STIPULATION AND [PROPOSED]  ORDER OF DISMISSAL**
**[FRCP 41(A)(1)]**

**STIPULATION**

WHEREAS, plaintiff John Greenly and defendants Sara Lee Bakery Group, Inc. and Gordon Mayberry have reached a settlement of this matter;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to 41(a)(1).

Dated: May 15, 2008                    Respectfully Submitted,

FOSTER & ASSOCIATES

By:   /S/ Danielle Ochs-Tillotson
DANIELLE OCHS-TILLOTSON
Attorneys for Defendants
SARA LEE BAKERY GROUP, INC. and
GORDON MAYBERRY

LAW OFFICES OF NATHANIEL POTRATZ

By: /s/ Nathaniel Potratz
NATHANIEL POTRATZ
Attorneys for Plaintiff JOHN GREENLY

**ORDER**

For good cause showing, IT IS THEREFORE ORDERED THAT this matter be dismissed in its entirety with prejudice.

Dated: May 15, 2008

SO ORDERED.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE